IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA VHON YOUNG,
    Petitioner,

vs.                                    Case No.:  4:20cv224/WS/EMT

STATE OF FLORIDA,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner commenced this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1).  On May 1, 2020, the court issued an order directing Petitioner to file an amended petition on the court-approved form and either pay the filing fee or file a motion to proceed in forma pauperis (ECF No. 4).  The court set a thirty-day deadline for Petitioner to comply with the order of May 1 (*see id.*).

Petitioner did not comply with the court's order by the deadline; therefore, on June 8, 2020, the court issued an order directing Petitioner to show cause, within thirty days, why this case should not be dismissed for Petitioner's failure to comply with an order of the court (ECF No. 7).  The thirty-day deadline passed, and Petitioner has not responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus (ECF No. 1) be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 15th day of July 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  4:20cv224/WS/EMT