IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA VHON YOUNG,

    Petitioner,

v.                                                                         4:20cv224–WS/EMT

STATE OF FLORIDA,

    Respondent.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed July 15, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with a court order. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

Page 2 of 2

2. This action are hereby DISMISSED without prejudice for failure to comply with a court order.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this ___14th___ day of ___August___, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE